IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIE JAMES JONES,

    Plaintiff,

vs.                                        CASE NO.: 1:06cv91-SPM/AK

MEDTRONIC SOFAMOR
DANEK, USA, INC., et al.,

    Defendants.

_____/

**ORDER ACKNOWLEDGING AMENDED COMPLAINT
AND DENYING MOTIONS TO DISMISS AS MOOT**

    This cause comes before the Court on Defendants' motions to dismiss (docs. 6 and 9) and Plaintiff's amended complaint (doc, 12) filed in response. Upon consideration, it is

    ORDERED AND ADJUDGED:

    1.    The motions to dismiss (docs. 6 and 9) are denied as moot in light of the amended complaint.

    2.    Defendants shall respond by filing an answer or motion to dismiss on or before August 9, 2006.

    DONE AND ORDERED this 25th day of July, 2006.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge